914 N.E.2d 488 (2009)
233 Ill.2d 596
PEOPLE State of Illinois, respondent,
v.
Tony E. WILLIAMS, petitioner.
No. 108576.
Supreme Court of Illinois.
September 30, 2009.
In the exercise of this Court's supervisory authority, the Appellate Court, Fourth District, is directed to vacate its order in People v. Williams, case No. 4-08-0576 (05/18/09). The appellate court is instructed to reconsider its decision in light of People v. Glasper, case No. 103937, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___, 2009 WL 1690305 (opinion filed 06/18/09), to determine if a different result is warranted.